DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LINA VARGAS,**
Appellant,

v.

**THE BANK OF NEW YORK MELLON,** f/k/a **THE BANK OF NEW YORK,**
As Successor In Interest To **JPMORGAN CHASE BANK, N.A.,** As Trustee
For **NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2004-2,
NOVASTAR HOME EQUITY LOAN ASSET-BACKED CERTIFICATES,
SERIES 2004-2,**
Appellee.

No. 4D19-2883

[November 19, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Susan Lebow, Judge; L.T. Case No. 18-11562 CACE (11).

Lina Vargas, Hollywood, pro se.

Daniel S. Hurtes and Nicole R. Topper of Blank Rome LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and CONNER, JJ., concur.

*   *   *

***Not final until disposition of timely filed motion for rehearing.***